AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
### District of Nevada



|  |  |
|---|---|
| United States of America | ) |
| v. | ) Case No. 2:12-mj-851-GWF |
| MARTIN THUNA AND JARED TOLLER | ) |
| Defendant | ) Charging District: District of Puerto Rico |
|  | ) Charging District's Case No. 12-cr-922-DRD |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | Clemente Ruiz-Nazario U.S. Courthouse & Federico Degetau Federal Building 150 Carlos Chardon Street, Hato Rey, P.R. 00918 | Courtroom No.: | {*Pretrial Office} |
|---|---|---|---|
|  |  | Date and Time: | 01/03/2013 at 10:00 am* |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: Dec 17, 2012

_____
Judge's signature

GEORGE W. FOLEY, JR. U.S. Magistrate Judge
*Printed name and title*